UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STACEY PARKS, TRACEY**
**PARKS,**

        **Plaintiffs,**

**v.**                                     **Case No. 6:25-cv-1808-CEM-NWH**

**SHERIFF WAYNE IVEY, LISA**
**CULLEN, JOHN CALKINS,**
**DANA BLICKLEY, RACHEL**
**SARDOFF, AND BREVARD**
**COUNTY, FLORIDA,**

        **Defendants.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Report and Recommendation (Doc.

16), recommending that the Complaint (Doc. 1) be dismissed without prejudice and

that Plaintiffs be given leave to amend. Plaintiffs filed an "Answer to the Magistrates

Report and Recommendation" (Doc. 22). To the extent this filing is meant to be an

objection, it does not raise any specific objections to the analysis in the R&R. To the

contrary, it appears to agree that the Complaint is a shotgun pleading. The remainder

of the filing seems to be an effort to reassure the Court that their amended complaint

will not be barred by the *Rooker-Feldman* doctrine or *Younger* abstention.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiffs' Unopposed Motion for Extension of Time (Doc. 20) is **GRANTED**. Plaintiff's "Answer to the Magistrates Report and Recommendation" (Doc. 22) is accepted as timely filed.

2. The Report and Recommendation (Doc. 16) is **ADOPTED** and made a part of this Order.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. Defendant's Motion for Extension of Time (Doc. 23) and Motion to Dismiss (Doc. 25) are **DENIED as moot**.

5. **On or before May 14, 2026**, Plaintiffs may file an Amended Complaint that complies with the Report and Recommendation.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties